IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEF S. BOZEK, :
    Plaintiff, :
: 20-cv-2875-JMY
v. :
:
PNC BANK, et al., :
    Defendant. :

## ORDER

AND NOW, this 10th day of November, 2020 upon consideration of Defendants' Motion to Dismiss the Petition to Confirm Arbitration Award filed pursuant to Fed. R. Civ. P. 12(b)(6), and Motion to Vacate the Arbitration Award (ECF No. 3), it is hereby ORDERED that:

1. Said Motions shall be GRANTED;

2. Plaintiff's Petition for Confirmation and Enforcement of Arbitration Award is hereby DISMISSED with prejudice and without leave to amend; and

3. The Arbitration Award entered by Dalwickman Arbitration Services that is attached as an exhibit to Plaintiff's Petition for Confirmation and Enforcement of Arbitration Award is hereby VACATED.

By the Court:

/s/ John Milton Younge
_____
Judge John Milton Younge